| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **Rayshawn Hawkins** <br> First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–0714 <br> EIN:   _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:   _ _ _ _ <br> EIN:   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:   District of New Jersey | | Date case filed for chapter:   7   6/2/26 |
| Case number:   26–16284–CMG | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Rayshawn Hawkins | | |
| 2. | **All other names used in the last 8 years** | aka Rayshawn S Hawkins | | |
| 3. | **Address** | 130 Jackson Street <br> Trenton, NJ 08611 | | |
| 4. | **Debtor's attorney** <br> Name and address | Jeanie D. Wiesner <br> Sadek & Cooper <br> 1500 JFK Blvd. <br> Ste 220 <br> Philadelphia, PA 19102 | | Contact phone 215–545–0008 <br><br> Email: jeanie@sadeklaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Thomas Orr <br> Law Office of Thomas J. Orr <br> 321 High Street <br> Burlington, NJ 08016–4496 | | Contact phone (609) 386–8700 |

**For more information, see page 2 >**

Debtor  **Rayshawn Hawkins**                                                      Case number **26–16284–CMG**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: Monday thru Friday 9:00am – 4:00pm CLOSED ON WEEKENDS AND FEDERAL HOLIDAYS<br><br>Contact phone: 609–858–9333<br><br>Date: 6/3/26 |
| **7.** | **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **July 9, 2026 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 596 231 0615, Click on JOIN using passcode 3106613539, or call 1–848–310–9137**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 9/8/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 26-16284-CMG

Rayshawn Hawkins                                                              Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                   Page 1 of 2

Date Rcvd: Jun 03, 2026                   Form ID: 309A                                Total Noticed: 24

The following symbols are used throughout this certificate:

**Symbol         Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

^                Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rayshawn Hawkins, 130 Jackson Street, Trenton, NJ 08611-1720 |
| 521237182 | + | Davco ZW LLC, c/o Joseph L. Mooney, III, Esq., 354 S. Broad Street Suite 101, Trenton, NJ 08608-2502 |
| 521237186 | | Liberal Finance Servic, 1160 Parsippany Blvd, Parsippany, NJ 07054-1811 |
| 521237190 | + | Reliable Collections, ATTN: Ida Lazara Rubin, Esq., 155 Passaic Avenuye Suite 120, Fairfield, NJ 07004-3562 |
| 521237193 | | Weltman, Weinberg & Reis Co., L.P.A., 107 S. Independence Mall W, Suite 874 W, Philadelphia, PA 19106-3334 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jeanie@sadeklaw.com | Jun 03 2026 20:51:00 | Jeanie D. Wiesner, Sadek & Cooper, 1500 JFK Blvd., Ste 220, Philadelphia, PA 19102 |
| tr | + | EDI: QTJORR.COM | Jun 04 2026 00:41:00 | Thomas Orr, Law Office of Thomas J. Orr, 321 High Street, Burlington, NJ 08016-4411 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 03 2026 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 03 2026 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521237175 | | Email/Text: brn@altra.org | Jun 03 2026 20:53:54 | Altra Federal Credit Union, Attn: Bankruptcy, 1700 Oak Forest Dr, Onalaska, WI 54650-3500 |
| 521237176 | ^ | MEBN | Jun 03 2026 20:50:41 | Atlas Credit Card, Attn: Bankruptcy Department, 300 Coventry Rd, Kensington, CA 94707-1214 |
| 521237177 | | Email/Text: payments@brightmoney.co | Jun 03 2026 20:53:09 | Bright Money, 50 California St, San Francisco, CA 94111-4624 |
| 521237178 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 03 2026 20:52:13 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd Fl 4, Sherman Oaks, CA 91411-2532 |
| 521237179 | | Email/Text: bankruptcy@credencerm.com | Jun 03 2026 20:53:00 | Credence Resource Management, LLC, Attn: Bankruptcy, PO Box 2300, Southgate, MI 48195-4300 |
| 521237180 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 03 2026 20:54:04 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 521237181 | | Email/Text: bankruptcynotices@current.com | Jun 03 2026 20:52:00 | Current, Attn: Bankruptcy, 217 Centre St # 180, New York, NY 10013-3624 |
| 521237183 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 03 2026 20:53:00 | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 521237184 | | Email/Text: EBN@edfinancial.com | Jun 03 2026 20:52:00 | Edfinancial Services, Attn: Claims, PO Box 36008, Knoxville, TN 37930-6008 |

District/off: 0312-3　　　　　　　　　　User: admin　　　　　　　　　　　　　Page 2 of 2

Date Rcvd: Jun 03, 2026　　　　　　　　Form ID: 309A　　　　　　　　　　　　Total Noticed: 24

| 521237185 | ^ MEBN | | |
| | | Jun 03 2026 20:50:27 | H&R Block/Pathward/Emerald Fncl, Attn: Bankruptcy, PO Box 30674, Salt Lake City, UT 84130-0674 |
| 521237187 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 03 2026 20:54:08 | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 521237188 | EDI: PRA.COM | | |
| | | Jun 04 2026 00:41:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521237189 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | | |
| | | Jun 03 2026 20:52:00 | Progressive Garden State Insurance Co., 5920 Landerbrook Drive, Mayfield Heights, OH 44124-6506 |
| 521237191 | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | | |
| | | Jun 03 2026 20:52:00 | United Auto Credit Co, Attn: Bankruptcy, PO Box 163049, Fort Worth, TX 76161-3049 |
| 521237192 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | Jun 03 2026 20:53:00 | Usdoe/glelsi, Attn: Bankruptcy, PO Box 82561, Lincoln, NE 68501-2561 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2026　　　　　　　　Signature:　　　　 /s/Gustava Winters