By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
608-808-3300
mike@assad.law

# United States Bankruptcy Court
# District of New Jersey

| | |
|---|---|
| In re: Rayshawn Hawkins, Debtor. | Case No. 26-16284-CMG<br>Chapter 7 |

**Disclosure of Compensation of Special Attorney for Debtor**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), the undersigned files this Disclosure of Compensation for the Law Office of Mike Assad P.C. (the "firm"), which the Debtor has retained for a limited engagement in connection with this case.

2. The Debtor is represented in the main chapter 7 case by separate counsel, Sadek Law Offices LLC, which is compensated under its own arrangement and has filed its own disclosure; this statement is the undersigned's own disclosure and does not amend or supplement main-case counsel's.

3. By written engagement dated August 14, 2026, the Debtor has retained the Law Office of Mike Assad P.C. to prosecute an adversary proceeding against the New Jersey Motor Vehicle Commission and Rosalie Johnson, in her official capacity, for violation of the automatic stay under 11 U.S.C. § 362(a) and governmental discrimination under 11 U.S.C. § 525(a), and to seek restoration of the Debtor's driver's license, damages, attorney's fees, and costs under 11 U.S.C. §

362(k). This representation does not include the main bankruptcy case, any appeal, any separate state-court or administrative proceeding, or the defense of any new claims.

4. The firm's fee is a contingent fee equal to the greater of (a) one-third (33 1/3%) of the net recovery, or (b) any statutory attorney's fee awarded by the Court or paid by or on behalf of the defendants under 11 U.S.C. § 362(k)(1) or other fee-shifting authority, or agreed to in settlement. Any statutory fee award is credited toward the contingent fee; the firm will not collect both a full statutory award and an additional percentage. Costs are advanced by the firm and are recoverable only from a costs award paid by the defendants or from the recovery, deducted before the percentage is computed.

5. The firm takes no fee for non-monetary relief. If no recovery is obtained and no fee is awarded or paid, the Debtor owes nothing.

6. The firm has received no compensation to date, and the sole sources of compensation will be any recovery from, or fee paid by or on behalf of, the defendants; the Debtor's own funds are not a source of compensation.

7. The firm has not agreed to share the above-disclosed compensation with any person or entity other than members and associates of the firm, and no compensation will be divided with the Debtor's main-case counsel.

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to the firm for representation of the Debtor in connection with this case.

Date: August 31, 2026

/s/ Michael I. Assad
Michael I. Assad