**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Rayshawn Hawkins<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–0714 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 26–16284–CMG | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rayshawn Hawkins
aka Rayshawn S Hawkins

9/11/26

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-16284-CMG

Rayshawn Hawkins Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 3

Date Rcvd: Sep 11, 2026 Form ID: 318 Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rayshawn Hawkins, 130 Jackson Street, Trenton, NJ 08611-1720 |
| 521237182 | + | Davco ZW LLC, c/o Joseph L. Mooney, III, Esq., 354 S. Broad Street Suite 101, Trenton, NJ 08608-2502 |
| 521260405 | | HR Block/Pathward/Emerald Fncl, Attn: Bankruptcy, PO Box 30674, Salt Lake City, UT 84130-0674 |
| 521237186 | | Liberal Finance Servic, 1160 Parsippany Blvd, Parsippany, NJ 07054-1811 |
| 521260409 | + | Nataliya Moroz, 212 Pleasant Valley Road, Old Bridge, NJ 08857-4019 |
| 521237190 | + | Reliable Collections, ATTN: Ida Lazara Rubin, Esq., 155 Passaic Avenuye Suite 120, Fairfield, NJ 07004-3562 |
| 521237193 | | Weltman, Weinberg & Reis Co., L.P.A., 107 S. Independence Mall W, Suite 874 W, Philadelphia, PA 19106-3334 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QTJORR.COM | Sep 12 2026 01:03:00 | Thomas Orr, Law Office of Thomas J. Orr, 321 High Street, Burlington, NJ 08016-4411 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 11 2026 21:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 11 2026 21:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521237175 | | Email/Text: brn@altra.org | Sep 11 2026 21:37:20 | Altra Federal Credit Union, Attn: Bankruptcy, 1700 Oak Forest Dr, Onalaska, WI 54650-3500 |
| 521237176 | ^ | MEBN | Sep 11 2026 21:34:52 | Atlas Credit Card, Attn: Bankruptcy Department, 300 Coventry Rd, Kensington, CA 94707-1214 |
| 521237177 | | Email/Text: payments@brightmoney.co | Sep 11 2026 21:37:20 | Bright Money, 50 California St, San Francisco, CA 94111-4624 |
| 521237178 | | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 11 2026 21:36:21 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd Fl 4, Sherman Oaks, CA 91411-2532 |
| 521237179 | | Email/Text: bankruptcy@credencerm.com | Sep 11 2026 21:38:00 | Credence Resource Management, LLC, Attn: Bankruptcy, PO Box 2300, Southgate, MI 48195-4300 |
| 521237180 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 11 2026 21:44:12 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 521237181 | | Email/Text: bankruptcynotices@current.com | Sep 11 2026 21:37:00 | Current, Attn: Bankruptcy, 217 Centre St # 180, New York, NY 10013-3624 |
| 521237183 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 11 2026 21:37:00 | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 521237184 | | Email/Text: EBN@edfinancial.com | Sep 11 2026 21:36:00 | Edfinancial Services, Attn: Claims, PO Box |

| | | | | |
|---|---|---|---|---|
| | | | | 36008, Knoxville, TN 37930-6008 |
| 521237185 | ^ | MEBN | Sep 11 2026 21:36:18 | H&R Block/Pathward/Emerald Fncl, Attn: Bankruptcy, PO Box 30674, Salt Lake City, UT 84130-0674 |
| 521260406 | + | EDI: IRS.COM | Sep 12 2026 01:03:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521237187 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2026 21:44:05 | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 521237188 | | EDI: PRA.COM | Sep 12 2026 01:03:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521237189 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 11 2026 21:36:00 | Progressive Garden State Insurance Co., 5920 Landerbrook Drive, Mayfield Heights, OH 44124-6506 |
| 521260413 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 11 2026 21:36:00 | State of New Jersey Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 521237191 | | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Sep 11 2026 21:36:00 | United Auto Credit Co, Attn: Bankruptcy, PO Box 163049, Fort Worth, TX 76161-3049 |
| 521237192 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 11 2026 21:37:00 | Usdoe/glelsi, Attn: Bankruptcy, PO Box 82561, Lincoln, NE 68501-2561 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521260396 | * | Altra Federal Credit Union, Attn: Bankruptcy, 1700 Oak Forest Dr, Onalaska, WI 54650-3500 |
| 521260397 | * | Atlas Credit Card, Attn: Bankruptcy Department, 300 Coventry Rd, Kensington, CA 94707-1214 |
| 521260398 | * | Bright Money, 50 California St, San Francisco, CA 94111-4624 |
| 521260399 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd Fl 4, Sherman Oaks, CA 91411-2532 |
| 521260400 | * | Credence Resource Management, LLC, Attn: Bankruptcy, PO Box 2300, Southgate, MI 48195-4300 |
| 521260401 | * | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 521260402 | *+ | Davco ZW LLC, c/o Joseph L. Mooney, III, Esq., 354 S. Broad Street Suite 101, Trenton, NJ 08608-2502 |
| 521260403 | * | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 521260404 | * | Edfinancial Services, Attn: Claims, PO Box 36008, Knoxville, TN 37930-6008 |
| 521260407 | * | Liberal Finance Servic, 1160 Parsippany Blvd, Parsippany, NJ 07054-1811 |
| 521260408 | * | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 521260410 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521260411 | *+ | Progressive Garden State Insurance Co., 5920 Landerbrook Drive, Mayfield Heights, OH 44124-6506 |
| 521260412 | *+ | Reliable Collections, ATTN: Ida Lazara Rubin, Esq., 155 Passaic Avenuye Suite 120, Fairfield, NJ 07004-3562 |
| 521260414 | * | United Auto Credit Co, Attn: Bankruptcy, PO Box 163049, Fort Worth, TX 76161-3049 |
| 521260415 | * | Usdoe/glelsi, Attn: Bankruptcy, PO Box 82561, Lincoln, NE 68501-2561 |
| 521260416 | * | Weltman, Weinberg & Reis Co., L.P.A., 107 S. Independence Mall W, Suite 874 W, Philadelphia, PA 19106-3334 |

TOTAL: 0 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Jeanie D. Wiesner | on behalf of Debtor Rayshawn Hawkins jeanie@sadeklaw.com brad@sadeklaw.com;service@sadeklaw.com;ginna@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com |
| Michael I. Assad | on behalf of Plaintiff Rayshawn Hawkins mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| Thomas Orr | tom@torrlaw.com Torr@ecf.axosfs.com |
| Thomas James Swan | on behalf of Defendant New Jersey Motor Vehicle Commission thomas.swan@law.njoag.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5